FILED

MAR 2 6 2026

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA            )
                                    )
vs.                                 )        Case No. 4:26 mj 19
                                    )
STEVEN FREDRICK CARR                )

CRIMINAL INFORMATION

COUNT ONE
(Associated Ticket No. 9005580)
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 8, 2026, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, STEVEN FREDRICK CARR did threaten any illegal or immoral act with the intent to coerce, intimidate, or harass any person, over any telephone.

(In violation of Title 18, United States Code § 13, assimilating Code of Virginia § 18.2-427, 1950 as amended, a misdemeanor.)

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

By: _____
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on March 25, 2026, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

By:_____
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov